11/18/11

**EXHIBIT 4: RATES OF DEAFAULT (AS OF MAY 2011) ON COUNTRYWIDE AND BANK OF AMERICA LOAN CERTIFICATES**

| Certificate | Number of Loans in Pool at Closing | Current Number of Loans in Pool | Percentage of Loans Delinquent 90+ Days | Percentage of Loans in Foreclosure |
|---|---|---|---|---|
| CWALT 2005-51 3AB3 | 1,347 | 626 | 51.28 | 18.93 |
| CWHL 2005-21 A2 | 1,494 | 908 | 12.66 | 3.46 |
| CWHL 2006-OA5 2A3 | 1,229 | 634 | 59.36 | 21.54 |
| CWHL 2007-14 A18 | 1,182 | 731 | 10.91 | 1.88 |
| CWHL 2007-17 3A1 | 142 | 87 | 31.26 | 8.85 |
| CWHL 2007-18 2A1 | 301 | 162 | 20.03 | 4.40 |
| BOAMS 2007-3 1A1 | 775 | 499 | 15.79 | 5.70 |

{2481 / CHT / 00108496.DOC v3}

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Maxwell M. Blecher (State Bar # 26202)<br>515 South Figueroa Street, Suite 1750<br>Los Angeles, California 90071-3334<br>TELEPHONE NO.: (213)622-4222  FAX NO.: (213)622-1656<br>ATTORNEY FOR *(Name):* Federated Investment Management Co. et al. | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES<br><br>**JUL 1 8 2011**<br><br>John A. Clarke, Executive Officer/Clerk<br>BY _____, Deputy<br>Mary Flores |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: 111 North Hill Street
CITY AND ZIP CODE: Los Angeles 90012
BRANCH NAME: Stanley Mosk Courthouse

CASE NAME:
Federated v. Countrywide Financial Corporation et al.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [✓] Unlimited  [ ] Limited<br>(Amount   (Amount<br>demanded   demanded is<br>exceeds $25,000)  $25,000 or less) | [ ] Counter  [ ] Joinder<br><br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | **BC 465659**<br><br>JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [✓] Defamation (13)
- [✓] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. This case [✓] is  [ ] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [✓] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [✓] Substantial amount of documentary evidence
   d. [✓] Large number of witnesses
   e. [✓] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [✓] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [✓] punitive
4. Number of causes of action *(specify):* Ten
5. This case [ ] is  [✓] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 7/18/2011

MAXWELL M. BLECHER
(TYPE OR PRINT NAME)   (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

| SHORT TITLE: Federated Investment Management Company et al. v. Countrywide | CASE NUMBER BC 4 6 5 6 5 9 |
|---|---|

# CIVIL CASE COVER SHEET ADDENDUM AND
## STATEMENT OF LOCATION
### (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

> **This form is required pursuant to Local Rule 2.0 in all new civil case filings in the Los Angeles Superior Court.**

**Item I.** Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL? ☑ YES   CLASS ACTION? ☐ YES  LIMITED CASE? ☐YES   TIME ESTIMATED FOR TRIAL _____ ☐ HOURS/ ☐ DAYS

**Item II.** Indicate the correct district and courthouse location (4 steps – If you checked "Limited Case", skip to Item III, Pg. 4):

**Step 1:** After first completing the Civil Case Cover Sheet form, find the main Civil Case Cover Sheet heading for your case in the left margin below, and, to the right in Column A, the Civil Case Cover Sheet case type you selected.

**Step 2:** Check **one** Superior Court type of action in Column **B** below which best describes the nature of this case.

**Step 3:** In Column **C**, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Local Rule 2.0.

> **Applicable Reasons for Choosing Courthouse Location (see Column C below)**

1. Class actions must be filed in the Stanley Mosk Courthouse, central district.
2. May be filed in central (other county, or no bodily injury/property damage).
3. Location where cause of action arose.
4. Location where bodily injury, death or damage occurred.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office

**Step 4:** Fill in the information requested on page 4 in Item III; complete Item IV. Sign the declaration.

| | A Civil Case Cover Sheet Category No. | B Type of Action (Check only one) | C Applicable Reasons - See Step 3 Above |
|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| | Uninsured Motorist (46) | ☐ A7110  Personal Injury/Property Damage/Wrongful Death - Uninsured Motorist | 1., 2., 4. |
| **Other Personal Injury/ Property Damage/Wrongful Death Tort** | Asbestos (04) | ☐ A6070  Asbestos Property Damage | 2. |
| | | ☐ A7221  Asbestos - Personal Injury/Wrongful Death | 2. |
| | Product Liability (24) | ☐ A7260  Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| | Medical Malpractice (45) | ☐ A7210  Medical Malpractice - Physicians & Surgeons | 1., 4. |
| | | ☐ A7240  Other Professional Health Care Malpractice | 1., 4. |
| | Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250  Premises Liability (e.g., slip and fall) | 1., 4. |
| | | ☐ A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1., 4. |
| | | ☐ A7270  Intentional Infliction of Emotional Distress | 1., 3. |
| | | ☐ A7220  Other Personal Injury/Property Damage/Wrongful Death | 1., 4. |

LACIV 109 (Rev. 03/11)
LASC Approved 03-04

CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION

Local Rule 2.0
Page 1 of 4

 

| SHORT TITLE: Federated Investment Management Company et al. v. Countrywide | CASE NUMBER |
|---|---|

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Non-Personal Injury/Property Damage/Wrongful Death Tort** | Business Tort (07) | ☐ A6029 Other Commercial/Business Tort (not fraud/breach of contract) | 1., 3. |
| | Civil Rights (08) | ☐ A6005 Civil Rights/Discrimination | 1., 2., 3. |
| | Defamation (13) | ☐ A6010 Defamation (slander/libel) | 1., 2., 3. |
| | Fraud (16) | ☑ A6013 Fraud (no contract) | 1., 2., 3. |
| | Professional Negligence (25) | ☐ A6017 Legal Malpractice<br>☐ A6050 Other Professional Malpractice (not medical or legal) | 1., 2., 3.<br>1., 2., 3. |
| | Other (35) | ☐ A6025 Other Non-Personal Injury/Property Damage tort | 2., 3. |
| **Employment** | Wrongful Termination (36) | ☐ A6037 Wrongful Termination | 1., 2., 3. |
| | Other Employment (15) | ☐ A6024 Other Employment Complaint Case<br>☐ A6109 Labor Commissioner Appeals | 1., 2., 3.<br>10. |
| **Contract** | Breach of Contract/ Warranty (06)<br>(not insurance) | ☐ A6004 Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction)<br>☐ A6008 Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence)<br>☐ A6019 Negligent Breach of Contract/Warranty (no fraud)<br>☐ A6028 Other Breach of Contract/Warranty (not fraud or negligence) | 2., 5.<br>2., 5.<br>1., 2., 5.<br>1., 2., 5. |
| | Collections (09) | ☐ A6002 Collections Case-Seller Plaintiff<br>☐ A6012 Other Promissory Note/Collections Case | 2., 5., 6.<br>2., 5. |
| | Insurance Coverage (18) | ☐ A6015 Insurance Coverage (not complex) | 1., 2., 5., 8. |
| | Other Contract (37) | ☐ A6009 Contractual Fraud<br>☐ A6031 Tortious Interference<br>☐ A6027 Other Contract Dispute(not breach/insurance/fraud/negligence) | 1., 2., 3., 5.<br>1., 2., 3., 5.<br>1., 2., 3., 8. |
| **Real Property** | Eminent Domain/Inverse Condemnation (14) | ☐ A7300 Eminent Domain/Condemnation     Number of parcels_____ | 2. |
| | Wrongful Eviction (33) | ☐ A6023 Wrongful Eviction Case | 2., 6. |
| | Other Real Property (26) | ☐ A6018 Mortgage Foreclosure<br>☐ A6032 Quiet Title<br>☐ A6060 Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2., 6.<br>2., 6.<br>2., 6. |
| **Unlawful Detainer** | Unlawful Detainer-Commercial (31) | ☐ A6021 Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer-Residential (32) | ☐ A6020 Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer-Post-Foreclosure (34) | ☐ A6020F Unlawful Detainer-Post-Foreclosure | 2., 6. |
| | Unlawful Detainer-Drugs (38) | ☐ A6022 Unlawful Detainer-Drugs | 2., 6. |

LACIV 109 (Rev. 03/11)
LASC Approved 03-04

CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION

Local Rule 2.0
Page 2 of 4

| SHORT TITLE: Federated Investment Management Company et al. v. Countrywide | | CASE NUMBER: |
|---|---|---|

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Judicial Review** | Asset Forfeiture (05) | ☐ A6108 Asset Forfeiture Case | 2., 6. |
| | Petition re Arbitration (11) | ☐ A6115 Petition to Compel/Confirm/Vacate Arbitration | 2., 5. |
| | Writ of Mandate (02) | ☐ A6151 Writ - Administrative Mandamus | 2., 8. |
| | | ☐ A6152 Writ - Mandamus on Limited Court Case Matter | 2. |
| | | ☐ A6153 Writ - Other Limited Court Case Review | 2. |
| | Other Judicial Review (39) | ☐ A6150 Other Writ /Judicial Review | 2., 8. |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | ☐ A6003 Antitrust/Trade Regulation | 1., 2., 8. |
| | Construction Defect (10) | ☐ A6007 Construction Defect | 1., 2., 3. |
| | Claims Involving Mass Tort (40) | ☐ A6006 Claims Involving Mass Tort | 1., 2., 8. |
| | Securities Litigation (28) | ☐ A6035 Securities Litigation Case | 1., 2., 8. |
| | Toxic Tort Environmental (30) | ☐ A6036 Toxic Tort/Environmental | 1., 2., 3., 8. |
| | Insurance Coverage Claims from Complex Case (41) | ☐ A6014 Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| **Enforcement of Judgment** | Enforcement of Judgment (20) | ☐ A6141 Sister State Judgment | 2., 9. |
| | | ☐ A6160 Abstract of Judgment | 2., 6. |
| | | ☐ A6107 Confession of Judgment (non-domestic relations) | 2., 9. |
| | | ☐ A6140 Administrative Agency Award (not unpaid taxes) | 2., 8. |
| | | ☐ A6114 Petition/Certificate for Entry of Judgment on Unpaid Tax | 2., 8. |
| | | ☐ A6112 Other Enforcement of Judgment Case | 2., 8., 9. |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ A6033 Racketeering (RICO) Case | 1., 2., 8. |
| | Other Complaints (Not Specified Above) (42) | ☐ A6030 Declaratory Relief Only | 1., 2., 8. |
| | | ☐ A6040 Injunctive Relief Only (not domestic/harassment) | 2., 8. |
| | | ☐ A6011 Other Commercial Complaint Case (non-tort/non-complex) | 1., 2., 8. |
| | | ☐ A6000 Other Civil Complaint (non-tort/non-complex) | 1., 2., 8. |
| **Miscellaneous Civil Petitions** | Partnership Corporation Governance (21) | ☐ A6113 Partnership and Corporate Governance Case | 2., 8. |
| | Other Petitions (Not Specified Above) (43) | ☐ A6121 Civil Harassment | 2., 3., 9. |
| | | ☐ A6123 Workplace Harassment | 2., 3., 9. |
| | | ☐ A6124 Elder/Dependent Adult Abuse Case | 2., 3., 9. |
| | | ☐ A6190 Election Contest | 2. |
| | | ☐ A6110 Petition for Change of Name | 2., 7. |
| | | ☐ A6170 Petition for Relief from Late Claim Law | 2., 3., 4., 8. |
| | | ☐ A6100 Other Civil Petition | 2., 9. |

LACIV 109 (Rev. 03/11)
LASC Approved 03-04

CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION

Local Rule 2.0
Page 3 of 4

| SHORT TITLE: Federated Investment Management Company et al. v. Countrywide | CASE NUMBER |
|---|---|

**Item III.** Statement of Location: Enter the address of the accident, party's residence or place of business, performance, or other circumstance indicated in Item II., Step 3 on Page 1, as the proper reason for filing in the court location you selected.

| REASON:  Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected for this case. | ADDRESS: 4500 Park Granada, Calabasas, California |
|---|---|
| ☐1. ☐2. ☑3. ☐4. ☐5. ☐6. ☐7. ☐8. ☐9. ☐10. | |

| CITY: Calabasas | STATE: CA | ZIP CODE: 91302 |
|---|---|---|

**Item IV.** *Declaration of Assignment:* I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the above-entitled matter is properly filed for assignment to the Stanley Mosk _____ courthouse in the Central _____ District of the Superior Court of California, County of Los Angeles [Code Civ. Proc., § 392 et seq., and Local Rule 2.0, subds. (b), (c) and (d)].

Dated: 7/18/2011

_____
(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet, Judicial Council form CM-010.

4. Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev. 03/11).

5. Payment in full of the filing fee, unless fees have been waived.

6. A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

CM-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| — Maxwell M. Blecher (State Bar # 26202)<br>515 South Figueroa Street, Suite 1750<br>Los Angeles, CA 90071-3334 | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES<br><br>JUL 18 2011<br><br>John A. Clarke, Executive Officer/Clerk<br>BY _____, Deputy<br>Mary Flores |
| TELEPHONE NO.: (213) 622-4222     FAX NO. *(Optional):* (213) 622-1656<br>E-MAIL ADDRESS *(Optional):* mblecher@blechercollins.com<br>ATTORNEY FOR *(Name):* | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles | |
|---|---|
| STREET ADDRESS: 111 North Hill Street<br>MAILING ADDRESS: 111 North Hill Street<br>CITY AND ZIP CODE: Los Angeles 90012<br>BRANCH NAME: Stanley Mosk Courthouse | |

| PLAINTIFF/PETITIONER: Federated Investment Management Company et al. | CASE NUMBER:<br>BC 465659 |
|---|---|
| DEFENDANT/RESPONDENT: Countrywide Financial Corporation et al. | JUDICIAL OFFICER: |
| **NOTICE OF RELATED CASE** | DEPT.: |

*Identify, in chronological order according to date of filing, all cases related to the case referenced above.*

1. a. Title: Luther v. Countrywide Financial Corporation, Superior Court for the State of California County of Los Angeles

   b. Case number: BC 380698

   c. Court: ☑ same as above

   ☐ other state or federal court *(name and address):*

   d. Department:

   e. Case type: ☐ limited civil ☑ unlimited civil ☐ probate ☐ family law ☐ other *(specify):*

   f. Filing date: 11/11/2007

   g. Has this case been designated or determined as "complex?" ☑ Yes ☐ No

   h. Relationship of this case to the case referenced above *(check all that apply):*

   ☑ involves the same parties and is based on the same or similar claims.

   ☑ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

   ☐ involves claims against, title to, possession of, or damages to the same property.

   ☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

   ☐ Additional explanation is attached in attachment 1h

   i. Status of case:

   ☑ pending

   ☐ dismissed ☐ with ☐ without prejudice

   ☐ disposed of by judgment

2. a. Title:

   b. Case number:

   c. Court: ☐ same as above

   ☐ other state or federal court *(name and address):*

   d. Department:

Form Approved for Optional Use<br>Judicial Council of California<br>CM-015 [Rev. July 1, 2007]

**NOTICE OF RELATED CASE**

Cal. Rules of Court, rule 3.300<br>www.courtinfo.ca.gov

www.accesslaw.com

CM-015

| PLAINTIFF/PETITIONER: Federated Investment Management Company et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Countrywide Financial Corporation et al. | |

2. *(continued)*

   e. Case type: ☐ limited civil ☐ unlimited civil ☐ probate ☐ family law ☐ other *(specify)*:

   f. Filing date:

   g. Has this case been designated or determined as "complex?" ☐ Yes ☐ No

   h. Relationship of this case to the case referenced above *(check all that apply):*

      ☐ involves the same parties and is based on the same or similar claims.

      ☐ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

      ☐ involves claims against, title to, possession of, or damages to the same property.

      ☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

         ☐ Additional explanation is attached in attachment 2h

   i. Status of case:

      ☐ pending

      ☐ dismissed ☐ with ☐ without prejudice

      ☐ disposed of by judgment

3.  a. Title:

   b. Case number:

   c. Court: ☐ same as above

       ☐ other state or federal court *(name and address):*

   d. Department:

   e. Case type: ☐ limited civil ☐ unlimited civil ☐ probate ☐ family law ☐ other *(specify)*:

   f. Filing date:

   g. Has this case been designated or determined as "complex?" ☐ Yes ☐ No

   h. Relationship of this case to the case referenced above *(check all that apply):*

      ☐ involves the same parties and is based on the same or similar claims.

      ☐ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

      ☐ involves claims against, title to, possession of, or damages to the same property.

      ☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

         ☐ Additional explanation is attached in attachment 3h

   i. Status of case:

      ☐ pending

      ☐ dismissed ☐ with ☐ without prejudice

      ☐ disposed of by judgment

4. ☐ Additional related cases are described in Attachment 4. Number of pages attached: _____

Date: 7/18/2011

Maxwell M. Blecher

(TYPE OR PRINT NAME OF PARTY OR ATTORNEY)

(SIGNATURE OF PARTY OR ATTORNEY)

7/18/11

CM-015

| PLAINTIFF/PETITIONER: Federated Investment Management Company et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Countrywide Financial Corporation et al. | |

## PROOF OF SERVICE BY FIRST-CLASS MAIL
### NOTICE OF RELATED CASE

*(NOTE: You cannot serve the Notice of Related Case if you are a party in the action. The person who served the notice must complete this proof of service. The notice must be served on all known parties in each related action or proceeding.)*

1. I am at least 18 years old and **not a party to this action.** I am a resident of or employed in the county where the mailing took place, and my residence or business address is *(specify):*

2. I served a copy of the *Notice of Related Case* by enclosing it in a sealed envelope with first-class postage fully prepaid and *(check one):*
   a. ☐ deposited the sealed envelope with the United States Postal Service.
   b. ☐ placed the sealed envelope for collection and processing for mailing, following this business's usual practices, with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

3. The *Notice of Related Case* was mailed:
   a. on *(date):*
   b. from *(city and state):*

4. The envelope was addressed and mailed as follows:
   a. Name of person served:

      Street address:
      City:
      State and zip code:

   c. Name of person served:

      Street address:
      City:
      State and zip code:

   b. Name of person served:

      Street address:
      City:
      State and zip code:

   d. Name of person served:

      Street address:
      City:
      State and zip code:

☐ Names and addresses of additional persons served are attached. *(You may use form POS-030(P).)*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
(TYPE OR PRINT NAME OF DECLARANT)

▶

_____
(SIGNATURE OF DECLARANT)

**EXHIBIT  2**

A. Brooks Gresham (SBN 155954)
bgresham@mcguirewoods.com
Tracy Evans-Moyer (SBN 243212)
tmoyer@mcguirewoods.com
MCGUIRE WOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Tel: 310-315-8200
Fax: 310-315-8210

Mitchell A. Lowenthal (*pro hac vice* forthcoming)
mlowenthal@cleary.com
Meredith E. Kotler (*pro hac vice* forthcoming)
mkotler@cleary.com
**CLEARY GOTTLIEB STEEN &**
**HAMILTON LLP**
One Liberty Plaza
New York, NY 10006

*Attorneys for Defendants*
Bank of America Corp., NB Holdings
Corporation, BAC Home Loan Servicing, L.P.,
Bank of America Mortgage Securities, Inc.,
and Banc of America Securities, LLC

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF LOS ANGELES**

| | |
|---|---|
| FEDERATED INVESTMENT MANAGEMENT COMPANY; FEDERATED ULTRASHORT BOND FUND; FEDERATED FUND FOR U.S. GOVERNMENT SECURITIES; FEDERATED GOVERNMENT INCOME SECURITIES, INC.; and FEDERATED MORTGAGE CORE PORTFOLIO,<br><br>         *Plaintiffs*,<br><br>    v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE HOME LOAN SERVICING, L.P.; COUNTRYWIDE CAPITAL MARKETS; CWALT, INC.; CWMBS, INC.; BANK OF AMERICA MORTGAGE SECURITIES, INC.; BANK OF AMERICA CORP.; BAC HOME LOAN | Case No. BC 465659<br><br>**NOTICE TO PLAINTIFF OF FILING OF NOTICE OF REMOVAL** |

1   SERVICING, L.P.; NB HOLDINGS
     CORPORATION; BANC OF AMERICA
2   SECURITIES, LLC; COUNTRYWIDE
     SECURITIES CORPORATION; LEHMAN
3   BROTHERS INC.; GREENWICH CAPITAL
     MARKETS, INC. A.K.A. RBS GREENWICH
4   CAPITAL; MORGAN STANLEY & CO.,
     INC.; UBS SECURITIES LLC; ANGELO
5   MOZILO; DAVID A. SAMBOL; DAVID A.
     SPECTOR; ERIC P. SIERACKI; STANFORD
6   KURLAND; JOSHUA ADLER; RANJIT
     KRIPALANI; and JENNIFER S. SANDEFUR,

7

               *Defendants.*

8

9       TO THE PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

10       PLEASE TAKE NOTICE THAT on July 27, 2011, Defendants Bank of America Corp.,

11   NB Holdings Corporation, BAC Home Loan Servicing, L.P, Bank of America Mortgage

12   Securities, Inc., and Banc of America Securities, LLC filed a Notice of Removal of Civil Action to

13   the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1441

14   (Diversity) with the Clerk of the United States District Court for the Central District of California

15   -- Western Division. Attached hereto as Exhibit "A" is a true and correct copy of the Federal Civil

16   Case Coversheet, Notice of Removal and Notice of Interested Parties.

17       PLEASE TAKE FURTHER NOTICE that on July 27, 2011, Defendants filed a Notice to

18   State Court of Filing of Notice of Removal with the Clerk of the Los Angeles Superior Court of

19   the State of California, together with a copy of the Notice of Removal of Civil Action to the

20   United States District Court for the Central District of California pursuant to 28 U.S.C. § 1441

21   (Diversity).

22

23   DATED: July 27, 2011          McGuireWoods LLP

24

25                 By: _____

26                      Tracy Evans Moyer
                     Attorneys for Defendants

27

28

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1800 Century Park East, 8th Floor, Los Angeles, CA 90067.

On July 27, 2011, I served the following document(s) described as **NOTICE TO PLAINTIFF OF FILING OF NOTICE OF REMOVAL** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

### SEE ATTACHED LIST

☐   **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, CA, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

☐   **BY FACSIMILE:** At approximately _____, I caused said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was 310.315.8210. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☒   **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder. (C.C.P. § 1013(d)(e))

☐   **BY HAND DELIVERY:** I delivered such envelope(s) by hand to the office of the addressee(s). (C.C.P. § 1011(a)(b))

☐   **BY PERSONAL SERVICE:** I personally delivered such envelope(s) to the addressee(s). (C.C.P. § 1011)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 27, 2011, at Los Angeles, CA.

_____
Lori A. Gomez

# SERVICE LIST

| | |
|---|---|
| Maxwell M. Blecher<br>**BLECHER & COLLINS, P.C.**<br>515 South Figueroa Street, Suite 1750<br>Los Angeles, CA 90071 | *Attorneys for Plaintiffs*<br><br>Tel. 213-622-4222<br>Fax. 213-622-1656<br>mblecher@blechercollins.com |
| Stephen Lowey<br>Barbara Hart<br>David Harrison<br>**LOWEY, DANENBERG, COHEN & HART, PC**<br>One North Broadway, Suite 509<br>White Plains, NY 1060 I | Tel: 914-997-0500<br>Fax: 914-997-0035<br>slowey@lowey.com<br>bhart@lowey.com<br>dharrison@lowey.com |

**EXHIBIT   A**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| Federated Investment Management Company; Federated Ultrashort Bond Fund; Federated Fund for U.S. Government Securities; Federated Government Income Securities, Inc.; and Federated Mortgage Core Portfolio | Countrywide Financial Corporation; et al. SEE ATTACHED LIST OF DEFENDANTS |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Maxwell M. Blecher<br>BLECHER & COLLINS, P.C.<br>515 S. Figueroa Street, Suite 1750<br>Los Angeles, CA 90071<br>Tel: (213) 622-4222 / Fax: (213) 622-1656 | for Bank of America Defendants:<br>A. Brooks Gresham (SBN 155954)<br>Tracy Evans-Moyer (SBN 243212)<br>MCGUIRE WOODS LLP<br>1800 Century Park East, 8th Floor<br>Los Angeles, CA 90067<br>Tel: (310) 315-8200 / Fax: (310) 315-8210 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question (U.S. Government Not a Party)

☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No     ☒ MONEY DEMANDED IN COMPLAINT: $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE/ PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☒ 850 Securities/Commodities/ Exchange | | | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 61 HIA(1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number:

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

| CV-71 (05/08) | CIVIL COVER SHEET | | Page 1 of 2 |
|---|---|---|---|

American LegalNet, Inc.
www.FormsWorkflow.com

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☒ Yes

2:10-cv-00302-MRP (MAN) (Pfaelzer, J.)
2:10-cv-07275-MRP (MAN) (Pfaelzer, J.)
2:10-cv-04698-MRP (MAN) (Pfaelzer, J.)
2:10-cv-04766-MRP (MAN) (Pfaelzer, J.)

If yes, list case number(s): 2:10-cv-05236-MRP (MAN) (Pfaelzer, J.)

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☒ A. Arise from the same or closely related transactions, happenings, or events; or
                                  ☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                                  ☒ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                                  ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Maryland, Pennsylvania |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | Delaware, New York, Texas, North Carolina, Connecticut |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
    **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _[signature]_       **Date** 7/27/11

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

American LegalNet, Inc.
www.FormsWorkflow.com

LIST OF DEFENDANTS (continued):

COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE HOME
LOAN SERVICING, L.P.; COUNTRYWIDE CAPITAL MARKETS;
CWALT, INC.; CWMBS, INC.; BANK OF AMERICA MORTGAGE
SECURITIES, INC.; BANK OF AMERICA CORP.; BAC HOME LOAN
SERVICING, L.P.; NB HOLDINGS CORPORATION; BANC OF
AMERICA SECURITIES, LLC; COUNTRYWIDE SECURITIES
CORPORATION; LEHMAN BROTHERS INC.; GREENWICH CAPITAL
MARKETS, INC. A.K.A. RBS GREENWICH CAPITAL; MORGAN
STANLEY & CO., INC.; UBS SECURITIES LLC; ANGELO MOZILO;
DAVID A. SAMBOL; DAVID A. SPECTOR; ERIC P. SIERACKI;
STANFORD KURLAND; JOSHUA ADLER; RANJIT KRIPALANI; and
JENNIFER S. SANDEFUR

A. Brooks Gresham SBN 155954
bgresham@mcguirewoods.com
Tracy Evans Moyer SBN 243212
tmoyer@mcguirewoods.com
MCGUIRE WOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Tel: 310-315-8200
Fax: 310-315-8210

Mitchell A. Lowenthal (*pro hac vice*
forthcoming)
mlowenthal@cleary.com
Meredith E. Kotler (*pro hac vice*
forthcoming)
mkotler@cleary.com
**CLEARY GOTTLIEB STEEN &**
**HAMILTON LLP**
One Liberty Plaza
New York, NY 10006

*Attorneys for Defendants*
Bank of America Corp., NB Holdings
Corporation, BAC Home Loan
Servicing, L.P., Bank of America
Mortgage Securities, Inc., and Banc of
America Securities, LLC
SPECIAL APPEARANCE

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERATED INVESTMENT MANAGEMENT COMPANY; FEDERATED ULTRASHORT BOND FUND; FEDERATED FUND FOR U.S. GOVERNMENT SECURITIES; FEDERATED GOVERNMENT INCOME SECURITIES, INC.; and FEDERATED MORTGAGE CORE PORTFOLIO, <br><br> *Plaintiffs*, <br><br> v. <br><br> COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE HOME LOAN SERVICING, L.P.; COUNTRYWIDE | Case No. <br><br><br><br> **BANK OF AMERICA DEFENDANTS' NOTICE OF REMOVAL** |

CAPITAL MARKETS; CWALT, INC.;
CWMBS, INC.; BANK OF AMERICA
MORTGAGE SECURITIES, INC.;
BANK OF AMERICA CORP.; BAC
HOME LOAN SERVICING, L.P.; NB
HOLDINGS CORPORATION; BANC
OF AMERICA SECURITIES, LLC;
COUNTRYWIDE SECURITIES
CORPORATION; LEHMAN
BROTHERS INC.; GREENWICH
CAPITAL MARKETS, INC. A.K.A.
RBS GREENWICH CAPITAL;
MORGAN STANLEY & CO., INC.;
UBS SECURITIES LLC; ANGELO
MOZILO; DAVID A. SAMBOL;
DAVID A. SPECTOR; ERIC P.
SIERACKI; STANFORD KURLAND;
JOSHUA ADLER; RANJIT
KRIPALANI; and JENNIFER S.
SANDEFUR,

*Defendants*.

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that, on this date, Defendants Bank of America Corp., NB Holdings Corporation, BAC Home Loan Servicing, L.P, Bank of America Mortgage Securities, Inc., and Banc of America Securities, LLC (collectively, the "Bank of America Defendants"), by and through their undersigned attorneys, hereby remove Case No. BC465659, filed in the Superior Court of California, Los Angeles, and all claims and causes of action therein (the "Action"), to the United States District Court for the Central District of California.[1] As grounds for removal, the Bank of America Defendants state that this Court has original jurisdiction over this matter under 28 U.S.C. § 1332 on the basis of diversity jurisdiction, and that all the claims and causes of action in the matter may be removed to this Court under 28 U.S.C. §§ 1441 and 1446.

## I.   PROCEDURAL HISTORY AND TIMELINESS OF REMOVAL

1.     On or about July 18, 2011, Plaintiffs Federated Investment Management Company, Federated Ultrashort Bond Fund, Federated Fund for U.S. Government Securities, Inc., Federated Government Income Securities, Inc., and Federated Mortgage Core Portfolio (collectively, "Plaintiffs") filed a summons and a complaint (the "Complaint") in this action in the Superior Court of the State of California in the County of Los Angeles.  The case, entitled *Federated Investment Management Company, et al., v. Countrywide Financial Corporation, et al.* (the "Action"), was assigned case number BC465659.  A case management conference has been scheduled for November 2011.  No further proceedings have occurred in the Action.

2.     Neither the Bank of America Defendants nor any other defendant has yet been served with the Complaint in the Action.  A copy of all process, pleadings, and orders in the Action that are available from the court at this time is attached hereto as

---

[1]  The Bank of America Defendants specially appear only for the purpose of removal.  They reserve all defenses, jurisdictional and otherwise, available to them.

Exhibit 1.

3.     The Complaint alleges, among other things, that certain prospectuses and other offering materials filed in connection with six residential mortgage-backed securities ("MBS") issued by one or more subsidiaries of Countrywide Financial Corporation and one MBS sold by one or more subsidiaries of Bank of America Corporation, identified by Plaintiffs in Paragraph 65 of the Complaint, contained misstatements and omissions in violation of Sections 11, 12, and 15 of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. §§ 77k, 77*l* and 77o, in violation of the California Corporations Code §§ 25400, 25401, 25500, 25501 and 25504, and in violation of the California Civil Code §§ 1572 *et seq.* and 1709 *et seq.*, as well as the common law.[2] The Bank of America Defendants dispute that they have any liability whatsoever to Plaintiffs.

4.     The Bank of America Defendants' time to answer the Complaint has not expired, and none of the defendants has served or filed an answer in the Action.

5.     No motions or other proceedings in the Action are pending in the Superior Court of Los Angeles County.

6.     This notice of removal is timely under 28 U.S.C. § 1446(b) because the Complaint was filed on July 18, 2011.

## II.     REMOVAL IS PROPER UNDER 28 U.S.C. § 1332

7.     This Court has original jurisdiction over this matter under 28 U.S.C. § 1332 on the basis of diversity jurisdiction.

8.     This Action satisfies the complete diversity requirement. *See* 28 U.S.C. § 1332(a)(1). Defendants are citizens of California, Delaware, New York, Texas, North Carolina, and Connecticut. *See* Compl. ¶¶ 22, 24, 26, 27, 28, 29, 33, 37, 38

---

[2] Plaintiffs do not assert claims under Sections 11, 12, and 15 of the Securities Act in connection with the one MBS issued by one or more subsidiaries of Bank of America Corporation.

39, 40, 41, 42, 43, 44, 46, 48, 49, 50, 51, 52, 53, 54.[3]  According to filings made by them with the United States Securities & Exchange Commission, Plaintiffs Federated Ultrashort Bond Fund, Federated Funds for U.S. Government Securities, and Federated Government Income Securities, Inc. are Maryland corporations with principal places of business in Pennsylvania.  The citizenship of Plaintiff Federated Mortgage Core Portfolio may be disregarded because it is an unincorporated association that is not a legal entity empowered to sue or be sued in its own name.  The citizenship of Federated Investment Management Company is also irrelevant as a matter of law because it appears to have been improperly joined in the Action solely to defeat diversity jurisdiction.  More specifically, the citizenship of Federated Investment Management Company should be disregarded because it is not alleged to have purchased any of the MBS at issue (Compl. ¶ 20), has no possibility of recovering on any of its claim and has no legal right or standing to sue in this action as a matter of law, and is consequently not a real party in interest to this litigation.  *See, e.g., W.R. Huff Asset Mgmt. Co., LLC v. Deloitte & Touche LLP*, 549 F.3d 100, 107-11 (2d Cir. 2008) (holding that investment advisor lacks standing to assert claims for violations of the federal securities laws in its own name but on behalf of its clients, the beneficial owners of the relevant securities); *O'Neil Productions, Inc. v. ABC Sports, Inc.*, Civ. A. No. 06-10804, 2007 WL 1169357, at *3 (E.D. La. Apr. 19, 2007) ("The improper joinder doctrine can be applied to the alleged improper joinder of a non-diverse plaintiff" where "the non-diverse plaintiff cannot state a cause of action against the defendants in state court (for example, where the non-diverse plaintiff's claims are barred as a matter of law or the non-diverse plaintiff is not a real party in interest.")).

---

[3] Effective July 1, 2011, BAC Home Loans Servicing, LP was merged into Bank of America, N.A.  Bank of America, N.A. is a citizen of Delaware and North Carolina.  Compl. ¶ 39.  Also, effective October 29, 2010, Banc of America Securities LLC was merged into Merrill Lynch Pierce Fenner & Smith, Inc., a citizen of Delaware and New York.

9.     Plaintiffs claim to have purchased approximately $152 million of the seven MBS at issue in their Complaint (Compl. ¶ 65) and contend that they are entitled to substantial damages because the market value of the MBS has plunged. Compl. ¶¶ 14,260, 266.  As such, the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

10.     This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1332 and 1441, because complete diversity of citizenship exists between Petitioner and all properly joined parties, and the amount in controversy, exclusive of interests and costs, exceeds $75,000.00.

11.     Because this Court has original subject matter jurisdiction over this action, and because no resident of the forum state has been "properly joined and served," and removal is appropriate under 28 U.S.C. § 1441(b).

## IV.   THERE IS NO BAR TO REMOVAL

12.     Section 22(a) of the Securities Act, 15 U.S.C. § 77v(a), does not preclude removal under 28 U.S.C. § 1441 because there is no reasonable basis in fact or law or colorable ground for Plaintiffs' claims under the Securities Act and, as a result, they must be disregarded.

13.     Among other things, Plaintiffs' claims under the Securities Act are barred by Section 13 of the Securities Act, 15 U.S.C. § 77m, which provides that:

> No action shall be maintained to enforce any liability
> created under section 77k or 77l(a)(2) of this title unless
> brought within one year after the discovery of the untrue
> statement or the omission, or after such discovery should
> have been made by the exercise of reasonable diligence,
> or, if the action is to enforce a liability created under
> section 77l(a)(1) of this title, unless brought within one
> year after the violation upon which it is based.  In no event
> shall any such action be brought to enforce a liability

1         created under section 77k or 77l(a)(1) of this title more

2         than three years after the security was bona fide offered to

3         the public, or under section 77l(a)(2) of this title more than

4         three years after the sale.

5        14.    Because Plaintiffs filed this action more than three years after the date

6 of the MBS offerings at issue and the alleged dates of their MBS purchases (Compl.

7 ¶¶ 65, 76), their Securities Act claims are time-barred under Section 13 by the three-

8 year statute of repose.  Similarly, because Plaintiffs filed this action more than one

9 year after any alleged misstatements or omissions were discovered or should have

10 been discovered by the exercise of reasonable diligence (Compl. ¶¶ 276-80), their

11 Securities Act claims are time-barred under Section 13 by the one-year statute of

12 limitations.

13       15.    Plaintiffs have identified no basis for tolling.  The Complaint asserts no

14 basis to toll the statutes of repose or limitations as to BOAMS 2007-3.  Although

15 Plaintiffs assert (*see* Compl. ¶¶ 276-80) that the statutes of repose and limitations

16 are tolled as to the other six MBS that they allegedly purchased because those

17 securities were included in two previously filed class action complaints – *Luther, et*

18 *al. v. Countrywide Financial Corporation, et al.*, Lead Case No. BC 380698 (Cal.

19 Super. Ct. (Los Angeles County)) (filed Nov. 14, 2007), and *Washington State*

20 *Plumbing & Pipefitting Pension Trust v. Countrywide Fin. Corp., et al.*, Case No.

21 BC392571 (Cal. Super. Ct. (Los Angeles County)) (filed June 12, 2008) – Plaintiffs'

22 allegations are incorrect as a matter of law and must be rejected on their face.

23 *Luther* and *Washington State* did not toll the repose or limitations periods as to

24 CWHL 2005-21, CWHL 2006-OA5, CWHL 2007-14, CWHL 2007-17, and CWHL

25 207-18, because the *Luther* and *Washington State* plaintiffs did not purchase those

26 MBS and, therefore, lacked standing to assert Securities Act claims on them. *Me.*

27 *State Ret. Sys. v. Countrywide Fin. Corp.*, 722 F. Supp. 2d 1157, 1166-67 (C.D. Cal.

28 2010). *Luther* and *Washington State* did not toll the repose period as to CWALT

1    2005-51 because the statute of repose with respect to that security ran before a

2    named plaintiff with standing joined the *Luther* action.  As such, all Securities Act

3    claims as to that MBS were time-barred before any tolling could have possibly

4    begun.

5    ## V.    PROCEDURAL REQUIREMENTS AND LOCAL RULES

6         16.    Venue is proper under 28 U.S.C. § 1446(a), which provides for removal

7    of any civil action to the federal district court for the district and division embracing

8    the place where the action is pending.

9         17.    Pursuant to 28 U.S.C. § 1446(d), the Bank of America Defendants will

10   serve a copy of this Notice of Removal on counsel for Plaintiffs and will file a copy

11   with the Clerk of the Superior Court, County of Los Angeles.  Pursuant to 28 U.S.C. §

12   1446(a), and attached hereto as Exhibit 2, is a copy of a Notice of Filing of Notice of

13   Removal, which will be filed with the Clerk of the Superior Court of California,

14   County of Los Angeles.

15        18.    The Bank of America Defendants sign this Notice of Removal pursuant

16   to Rule 11 of the Federal Rules of Civil Procedure.   *See Destfino v. Reiswig*, 630 F.3d

17   952, 957 (9th Cir. 2011) ("Because none of the non-joining defendants was properly

18   served, their absence from the removal notice did not render the removal defective.").

19        19.    No other defendants named in the Action have yet been served, so their

20   consent to removal is not required.

21        20.    Accordingly, all of the requirements of 28 U.S.C. §§ 1332 and 1441(a)

22   have been satisfied, and this action may properly be removed to this Court.

23

24

25

26

27

28

1   Dated:  July 27, 2011            MCGUIRE WOODS LLP

2

3                             A. Brooks Gresham

4                             Tracy Evans Moyer
                                 1800 Century Park East, 8th Floor

5                             Los Angeles, California 90067

6                             *Counsel for the Bank of America Defendants*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BANK OF AMERICA DEFENDANTS' NOTICE OF REMOVAL

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1800 Century Park East, 8th Floor, Los Angeles, CA 90067.

On July 27, 2011, I served the following document(s) described as **BANK OF AMERICA DEFENDANTS' NOTICE OF REMOVAL** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

### SEE ATTACHED LIST

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, CA, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

☐ **BY FACSIMILE:** At approximately _____, I caused said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was 310.315.8210. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☒ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder. (C.C.P. § 1013(d)(e))

☐ **BY HAND DELIVERY:** I delivered such envelope(s) by hand to the office of the addressee(s). (C.C.P. § 1011(a)(b))

☐ **BY PERSONAL SERVICE:** I personally delivered such envelope(s) to the addressee(s). (C.C.P. § 1011)

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on July 27, 2011, at Los Angeles, CA.

_____
Lori A. Gomez

1
PROOF OF SERVICE

1

## SERVICE LIST

2

| | |
|---|---|
| 3  Maxwell M. Blecher | *Attorneys for Plaintiffs* |
| **BLECHER & COLLINS, P.C.** | |
| 4  515 South Figueroa Street, Suite 1750 | Tel. 213-622-4222 |
| Los Angeles, CA 90071 | Fax. 213-622-1656 |
| 5 | mblecher@blechercollins.com |
| Stephen Lowey | |
| 6  Barbara Hart | |
| David Harrison | Tel: 914-997-0500 |
| 7  **LOWEY, DANENBERG, COHEN & HART, PC** | Fax: 914-997-0035 |
| One North Broadway, Suite 509 | slowey@lowey.com |
| 8  White Plains, NY 1060 I | bhart@lowey.com |
| | dharrison@lowey.com |

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1   A. Brooks Gresham SBN 155954
2   bgresham@mcguirewoods.com
    Tracy Evans Moyer SBN 243212
3   tmoyer@mcguirewoods.com
    MCGUIRE WOODS LLP
4   1800 Century Park East, 8th Floor
    Los Angeles, California 90067
5   Tel: 310-315-8200
    Fax: 310-315-8210
6

7   Mitchell A. Lowenthal (*pro hac vice*
    forthcoming)
8   mlowenthal@cleary.com
    Meredith E. Kotler (*pro hac vice*
9   forthcoming)
    mkotler@cleary.com
10  **CLEARY GOTTLIEB STEEN &**
    **HAMILTON LLP**
11  One Liberty Plaza
    New York, NY 10006
12
    *Attorneys for Defendants*
13  Bank of America Corp., NB Holdings
    Corporation, BAC Home Loan
14  Servicing, L.P., Bank of America
    Mortgage Securities, Inc., and Banc of
15  America Securities, LLC

16
            **UNITED STATES DISTRICT COURT**
17          **CENTRAL DISTRICT OF CALIFORNIA**

18  FEDERATED INVESTMENT              | Case No.
    MANAGEMENT COMPANY;               |
19  FEDERATED ULTRASHORT BOND         |
    FUND; FEDERATED FUND FOR U.S.     | **BANK OF AMERICA**
20  GOVERNMENT SECURITIES;            | **DEFENDANTS' CERTIFICATION**
    FEDERATED GOVERNMENT              | **OF INTERESTED PARTIES**
21  INCOME SECURITIES, INC.; and      |
    FEDERATED MORTGAGE CORE           |
22  PORTFOLIO,                        |

23          *Plaintiffs*,

24      v.

25  COUNTRYWIDE FINANCIAL
    CORPORATION; COUNTRYWIDE
26  HOME LOANS, INC.;
    COUNTRYWIDE HOME LOAN
27  SERVICING, L.P.; COUNTRYWIDE
    CAPITAL MARKETS; CWALT, INC.;
28

1  CWMBS, INC.; BANK OF AMERICA
   MORTGAGE SECURITIES, INC.;
2  BANK OF AMERICA CORP.; BAC
   HOME LOAN SERVICING, L.P.; NB
3  HOLDINGS CORPORATION; BANC
   OF AMERICA SECURITIES, LLC;
4  COUNTRYWIDE SECURITIES
   CORPORATION; LEHMAN
5  BROTHERS INC.; GREENWICH
   CAPITAL MARKETS, INC. A.K.A.
6  RBS GREENWICH CAPITAL;
   MORGAN STANLEY & CO., INC.;
7  UBS SECURITIES LLC; ANGELO
   MOZILO; DAVID A. SAMBOL;
8  DAVID A. SPECTOR; ERIC P.
   SIERACKI; STANFORD KURLAND;
9  JOSHUA ADLER; RANJIT
   KRIPALANI; and JENNIFER S.
10 SANDEFUR,

11                *Defendants*.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1        Pursuant to Civil L.R. 7.1-1, the undersigned, counsel of record for

2  Defendants Bank of America Corporation, NB Holdings Corporation, BAC Home

3  Loan Servicing, L.P., Bank of America Mortgage Securities, Inc., and Banc of

4  America Securities, LLC (collectively, the "Bank of America Defendants") certifies

5  that the following listed party (or parties) may have a pecuniary interest in the

6  outcome of this case. These representations are made to enable the Court to evaluate

7  possible disqualification or recusal.

8        1.    Bank of America Corporation ("BAC") is a publicly-held corporation

9  whose shares are traded on the New York Stock Exchange.  BAC has no parent

10  company, and no publicly-held corporation owns more than 10% of BAC's shares.

11        2.    NB Holdings Corporation is a wholly-owned direct subsidiary of BAC.

12  BAC is the only publicly-held corporation that owns a 10% or more of NB Holdings

13  Corporation.

14        3.    BAC Home Loan Servicing, L.P. ("Servicing") merged with and into

15  Bank of America, N.A. effective July 1, 2011.  Bank of America, N.A. is a wholly-

16  owned subsidiary of BANA Holding Corporation, which is wholly-owned by BAC

17  North America Holding Company.  BAC North America Holding Company is

18  wholly-owned by NB Holdings Corporation.

19        4.    Banc of America Mortgage Securities, Inc. is a wholly-owned

20  subsidiary of BAC.   BAC is the only publicly-held corporation that owns 10% or

21  more of Banc of America Mortgage Securities, Inc.'s shares.

22        5.    Banc of America Securities LLC merged with and into Merrill Lynch,

23  Pierce, Fenner & Smith Incorporated effective November 1, 2010.  Merrill Lynch,

24  Pierce, Fenner & Smith Incorporated is a wholly-owned subsidiary of Merrill Lynch

25  & Co., Inc.  Merrill Lynch & Co., Inc. is a wholly-owned subsidiary of BAC, which

26  owns all of the common stock of Merrill Lynch & Co., Inc.  BAC is the only

27  publicly-held corporation that owns, indirectly, a 10% or greater interest in Merrill

28  Lynch, Pierce, Fenner & Smith Incorporated.

1

1

2    Dated:  July 27, 2011                    MCGUIRE WOODS LLP

3

4                                             A. Brooks Gresham
                                              Tracy Evans Moyer
5                                             1800 Century Park East, 8th Floor
                                              Los Angeles, California 90067
6
                                              *Counsel for the Bank of America Defendants*
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BANK OF AMERICA DEFENDANTS' CERTIFICATION OF INTERESTED PARTIES

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1800 Century Park East, 8th Floor, Los Angeles, CA 90067.

On July 27, 2011, I served the following document(s) described as **BANK OF AMERICA DEFENDANTS' CERTIFICATION OF INTERESTED PARTIES** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED LIST**

☐  **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, CA, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

☐  **BY FACSIMILE:** At approximately _____, I caused said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was 310.315.8210. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☒  **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder. (C.C.P. § 1013(d)(e))

☐  **BY HAND DELIVERY:** I delivered such envelope(s) by hand to the office of the addressee(s). (C.C.P. § 1011(a)(b))

☐  **BY PERSONAL SERVICE:** I personally delivered such envelope(s) to the addressee(s). (C.C.P. § 1011)

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on July 27, 2011, at Los Angeles, CA.

Lori A. Gómez

1

**SERVICE LIST**

2

| 3 | Maxwell M. Blecher | *Attorneys for Plaintiffs* |
|---|---|---|
| 4 | **BLECHER & COLLINS, P.C.**<br>515 South Figueroa Street, Suite 1750 | Tel. 213-622-4222 |
|   | Los Angeles, CA 90071 | Fax. 213-622-1656 |
| 5 |  | mblecher@blechercollins.com |
| 6 | Stephen Lowey<br>Barbara Hart |  |
|   | David Harrison | Tel: 914-997-0500 |
| 7 | **LOWEY, DANENBERG, COHEN & HART, PC** | Fax: 914-997-0035 |
|   | One North Broadway, Suite 509 | slowey@lowey.com |
| 8 | White Plains, NY 1060 I | bhart@lowey.com |
|   |  | dharrison@lowey.com |

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1800 Century Park East, 8th Floor, Los Angeles, CA 90067.

On July 27, 2011, I served the following document(s) described as **BANK OF AMERICA DEFENDANTS' NOTICE OF REMOVAL** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

### SEE ATTACHED LIST

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, CA, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

☐ **BY FACSIMILE:** At approximately _____, I caused said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was 310.315.8210. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☒ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder. (C.C.P. § 1013(d)(e))

☐ **BY HAND DELIVERY:** I delivered such envelope(s) by hand to the office of the addressee(s). (C.C.P. § 1011(a)(b))

☐ **BY PERSONAL SERVICE:** I personally delivered such envelope(s) to the addressee(s). (C.C.P. § 1011)

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on July 27, 2011, at Los Angeles, CA.

_____
Lori A. Gomez

1

## SERVICE LIST

2

3

| | |
|---|---|
| Maxwell M. Blecher<br>**BLECHER & COLLINS, P.C.**<br>515 South Figueroa Street, Suite 1750<br>Los Angeles, CA 90071<br><br>Stephen Lowey<br>Barbara Hart<br>David Harrison<br>**LOWEY, DANENBERG, COHEN & HART, PC**<br>One North Broadway, Suite 509<br>White Plains, NY 1060 I | *Attorneys for Plaintiffs*<br><br>Tel. 213-622-4222<br>Fax. 213-622-1656<br>mblecher@blechercollins.com<br><br><br>Tel: 914-997-0500<br>Fax: 914-997-0035<br>slowey@lowey.com<br>bhart@lowey.com<br>dharrison@lowey.com |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge John Kronstadt and the assigned discovery Magistrate Judge is Victor B. Kenton.

The case number on all documents filed with the Court should read as follows:

## CV11- 6208 JAK (VBKx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X] Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **[ ] Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **[ ] Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| Federated Investment Management Company; Federated Ultrashort Bond Fund; Federated Fund for U.S. Government Securities; Federated Government Income Securities, Inc.; and Federated Mortgage Core Portfolio | Countrywide Financial Corporation; et al.<br><br>SEE ATTACHED LIST OF DEFENDANTS |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Maxwell M. Blecher<br>BLECHER & COLLINS, P.C.<br>515 S. Figueroa Street, Suite 1750<br>Los Angeles, CA 90071<br>Tel: (213) 622-4222 / Fax: (213) 622-1656 | for Bank of America Defendants:<br>A. Brooks Gresham (SBN 155954)<br>Tracy Evans-Moyer (SBN 243212)<br>MCGUIRE WOODS LLP<br>1800 Century Park East, 8th Floor<br>Los Angeles, CA 90067<br>Tel: (310) 315-8200 / Fax: (310) 315-8210 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☒ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities – Employment | ☐ 640 R.R. & Truck | ☐ 61 HIA(1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **IMMIGRATION** | ☐ 446 American with Disabilities – Other | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW 405(g) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: **LACV11-6208**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

American LegalNet, Inc.
www.FormsWorkflow.com

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?   ☒ No ☐ Yes

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?   ☐ No ☒ Yes

2:10-cv-00302-MRP (MAN) (Pfaelzer, J.)
2:10-cv-07275-MRP (MAN) (Pfaelzer, J.)
2:10-cv-04698-MRP (MAN) (Pfaelzer, J.)
2:10-cv-04766-MRP (MAN) (Pfaelzer, J.)

If yes, list case number(s): 2:10-cv-05236-MRP (MAN) (Pfaelzer, J.)

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   ☒ A. Arise from the same or closely related transactions, happenings, or events; or
☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☒ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Maryland, Pennsylvania |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | Delaware, New York, Texas, North Carolina, Connecticut |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
**Note: In land condemnation cases, use the location of the tract of land involved**

X. SIGNATURE OF ATTORNEY (OR PRO PER):   _____   Date   7/27/11

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

American LegalNet, Inc.
www.FormsWorkflow.com

LIST OF DEFENDANTS (continued):

COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE HOME
LOAN SERVICING, L.P.; COUNTRYWIDE CAPITAL MARKETS;
CWALT, INC.; CWMBS, INC.; BANK OF AMERICA MORTGAGE
SECURITIES, INC.; BANK OF AMERICA CORP.; BAC HOME LOAN
SERVICING, L.P.; NB HOLDINGS CORPORATION; BANC OF
AMERICA SECURITIES, LLC; COUNTRYWIDE SECURITIES
CORPORATION; LEHMAN BROTHERS INC.; GREENWICH CAPITAL
MARKETS, INC. A.K.A. RBS GREENWICH CAPITAL; MORGAN
STANLEY & CO., INC.; UBS SECURITIES LLC; ANGELO MOZILO;
DAVID A. SAMBOL; DAVID A. SPECTOR; ERIC P. SIERACKI;
STANFORD KURLAND; JOSHUA ADLER; RANJIT KRIPALANI; and
JENNIFER S. SANDEFUR